```
                              United States Bankruptcy Court
                              Western District of Washington
In re:                                                              Case No. 12-14199-TWD
Maureen D Nolan                                                     Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0981-2          User: marih                Page 1 of 3      Date Rcvd: Apr 24, 2012
                              Form ID: b9a               Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2012.
db           +Maureen D Nolan,    14037 - 168th Avenue NE,    Woodinville, WA 98072-9027
953860931    +AOAO Mokuleia Sands (Condo Assoc),    C/O Ekimoto & Morris,    1001 Bishop Street, Ste 780,
               Honolulu, HI 96813-3484
953860930    +Alliance One (For Notice),    6565 Kimball Drive,    Gig Harbor, WA 98335-1200
953860935    +Bank Of America,    1515 Walnut Grove,    Rm 162,    Rosemead, CA 91770-3710
953860934     Bank Of America,    POB 17504,    Wilmington, DE 19850
953860932    +Bank Of America,    450 American Street,    Simi Valley, CA 93065-6285
953860936     Bank Of America,    161 Piedmont Pkwy,    Greensboro, NC 27410
953860937     Bishop White,    720 Olive Way,    Suite1301,    Seattle, WA 98101
953860938    +CBNA,   POB 6497,    Sioux Falls, SD 57117-6497
953860947    +CMMC Homeowners Assi Via Chase,    3415 Vision Drive,    Floor 3 OH4-7376,
               Columbus, OH 43219-6009
953860945    +Chase,    3415 Vision Drive,    Columbus, OH 43219-6009
953860941     Chase,   POB 90139,    Fort Worth, TX 76101
953860946    +Chase JP Morgan,    10151 Deerwood Park,    Jacksonville, FL 32256-0566
953860948    +Credit Management LLC,    4200 International Pkwy,    Carrollton, TX 75007-1912
953860949    +ERS,    POB 1022,    Wixom, MI 48393-1022
953860950    +ERSolutions,    POB 9004,    Renton, WA 98057-9004
953860951    +Estate Of Mary E. Nolan,    C/O Stephen H. Reese,    1000 Bishop Street, Ste. 908,
               Honolulu, HI 96813-4209
953860958    +NorthStar LOC SVC LLC,    4285 Genesee,    Cheektowaga, NY 14225-1943
953860959    +Puget Sound Energy,    BOT-01H,    POB 91269,    Bellevue, WA 98009-9269
953860960    +Randolph O. Petgrave, Esq.,    100 S. King Street,    Suite 405,    Seattle, WA 98104-2817
953860961     Ranier Collection Services,    2300 - 130th Avenue NE,    SUite A102,    Bellevue, WA 98005-1755
953860962    +Sentry Credit Inc,    2809 Grand Avenue,    Everett, WA 98201-3417
953860963    +TEK Collect,    POB 1269,    Columbus, OH 43216-1269
953860968   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
               MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Mortgage,    8480 Stagecoach Circle,
               Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: JSGLAW@aol.com Apr 25 2012 01:08:52     J Scott Greer,    Greer & Associates PS,
               2122 112th Ave NE Ste A300,    Bellevue, WA 98004
tr           +EDI: FJRIGBY.COM Apr 25 2012 01:08:00      James Rigby,    600 Stewart St. #1908,
               Seattle, WA 98101-1220
smg           EDI: WADEPREV.COM Apr 25 2012 01:08:00      State of Washington,    Department of Revenue,
               2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
ust          +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Apr 25 2012 01:11:32      United States Trustee,
               700 Stewart St Ste 5103,    Seattle, WA 98101-4438
953860933    +EDI: BANKAMER2.COM Apr 25 2012 01:08:00      Bank Of America,    POB 1598,    Norfolk, VA 23501-1598
953860940    +EDI: CHASE.COM Apr 25 2012 01:08:00      Chase,    POB 901039,    Fort Worth, TX 76101-2039
953860942    +EDI: CHASE.COM Apr 25 2012 01:08:00      Chase,    POB 15298,    Wilimington, DE 19850-5298
953860939    +EDI: CHASE.COM Apr 25 2012 01:08:00      Chase,    POB 15298,    Willmington, DE 19850-5298
953860944    +EDI: CHASE.COM Apr 25 2012 01:08:00      Chase,    POB 71,    Phoenix, AZ 85001-0071
953860943    +EDI: CHASE.COM Apr 25 2012 01:08:00      Chase,    1111 Polaris Pkwy,    POB 901008,
               Columbus, OH 43240-2031
953860952    +EDI: CITICORP.COM Apr 25 2012 01:08:00      Home Depot CBNA,    POB 6497,
               Sioux Falls, SD 57117-6497
953860954     EDI: IRS.COM Apr 25 2012 01:08:00      Internal Revenue Service,    Special Procedures - Bankruptcy,
               915 Second Avenue,    Seattle, WA 98174
953860953    +EDI: IRS.COM Apr 25 2012 01:08:00      Inernal Revenue Service,    POB 2116,
               Philadelphia, PA 19103-0116
953860955    +EDI: RESURGENT.COM Apr 25 2012 01:08:00      LVNV Funding LLC,    Collection For Chase,
               POB 740281,    Houston, TX 77274-0281
953860956    +EDI: RESURGENT.COM Apr 25 2012 01:08:00      LVNV Funding LLC,    POB 10497,
               Greenville, SC 29603-0497
953860957    +EDI: AFNIMCI.COM Apr 25 2012 01:08:00      MCI,    500 Technology Dr,    Suite 30,
               Weldon Spring, MO 63304-2225
953860964    +EDI: CITICORP.COM Apr 25 2012 01:08:00      The Home Depot Citi NA,    POB 6497,
               Sioux Falls, SD 57117-6497
953860965    +EDI: URSI.COM Apr 25 2012 01:08:00      United Recovery,    5800 North Course Drive,
               Houston, TX 77072-1613
953860966    +EDI: URSI.COM Apr 25 2012 01:08:00      United Recovery,    POB 722910,    Houston, TX 77272-2910
953860967    +EDI: WFFC.COM Apr 25 2012 01:08:00      Wells Fargo,    Home Mtg,    POB 10335,
               Des Moines, IA 50306-0335
953860969    +E-mail/Text: BKRMailOps@weltman.com Apr 25 2012 01:41:14      Weltman Weinberg,
               965 Keynote Circle,    Brooklyn Hts, OH 44131-1829
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 26, 2012**                              **Signature:** _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2012 at the address(es) listed below:
              J Scott Greer    on behalf of Debtor Maureen Nolan JSGLAW@aol.com
              James  Rigby    rigbylaw@aol.com,  jr@trustesolutions.com;jr@trustesolutions.net
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                              TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
Western District of Washington

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
## Notice of Ex Parte Motion to Dismiss if Debtor Fails to Appear at the Sec. 341 Meeting, and Notice of Appointment of Trustee

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on **April 24, 2012**.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Maureen D Nolan
14037 – 168th Avenue NE
Woodinville, WA 98072

| | |
|---|---|
| Case Number: 12–14199–TWD<br>Office Code: 2 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other nos:<br>xxx–xx–8689 |
| Attorney for Debtor(s) (name and address):<br>J Scott Greer<br>Greer & Associates PS<br>2122 112th Ave NE Ste A300<br>Bellevue, WA 98004<br>Telephone number: 425–637–8979 | Bankruptcy Trustee (name and address):<br>James Rigby<br>600 Stewart St. #1908<br>Seattle, WA 98101–1217<br>Telephone number: 206–441–0826<br>Send 4002 documents to: rigbylaw@aol.com |

### Meeting of Creditors
Date: **May 31, 2012**  Time: **10:00 AM**
Location: **US Courthouse, Room 4107, 700 Stewart St, Seattle, WA 98101**

**Important Notice to Debtors:** All Debtors (other than corporations and other business entities) must provide picture identification and proof of social security number to the Trustee at the meeting of creditors. Original documents are required; photocopies are not sufficient. Failure to comply will result in referral of your case for action by the U.S. Trustee.

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts and All Reaffirmation Agreements must be filed with the bankruptcy clerk's office by July 30, 2012**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days of any amendment to the list or supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

### Creditors May Not Take Certain Actions:
Generally, the filing of the bankruptcy case automatically stays certain collection and other actions against the Debtor and the Debtor's property. There are some exceptions provided for in 11 U.S.C. § 362. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>700 Stewart St, Room 6301<br>Seattle, WA 98101<br>Telephone number: 206–370–5200 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark L. Hatcher<br><br>This case has been assigned to Judge Timothy W. Dore |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: April 24, 2012 |

# EXPLANATIONS

Case Number **12–14199–TWD**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Notice Re: Dismissal | If the Debtor, or joint Debtor, fails to file required schedules, statements or lists within 14 days from the date the petition was filed, the U.S. Trustee will apply for an ex parte order of dismissal on the seventh day after the deadline passes. If the Debtor, or joint Debtor, fails to appear at the meeting of creditors, the U.S. Trustee will apply for an ex parte order of dismissal seven days after the date scheduled for the meeting of creditors, or the date of any rescheduled or continued meeting. This is the only notice you will receive of the U.S. Trustee's motion to dismiss the case. If you wish to oppose the dismissal, you must file a written objection within seven days after the applicable deadline passes (i.e. 14–day deadline or date of the meeting of creditors). |
| Appointment of Trustee | Pursuant to 11 U.S.C. §701 and §322 and Fed. R. Bankr. P. 2008, **James Rigby** is appointed Trustee of the estate of the above named Debtor to serve under the Trustee's blanket bond. The appointment is made effective on the date of this notice. Unless the Trustee notifies the U.S. Trustee and the Court in writing or rejection of the appointment within seven (7) days of receipt of this notice, the Trustee shall be deemed to have accepted the appointment. Unless creditors elect another Trustee at the meeting of creditors, the Interim Trustee appointed herein will serve as the Trustee.<br><br>Mark H Weber, Assistant U.S. Trustee |

Refer to Other Side for Important Deadlines and Notices